IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff | * <br> * <br> * |
| v. | *    **Civil No. 98-2114(SEC)** <br> *    Foreclosure of Mortgage <br> * |
| AGUSTIN DAVILA RIVERA, et al. <br> Defendants | * <br> * |

**************************************

### ORDER OF EVICTION

Upon motion by B.L. Investments, and it appearing from the records of the Court that the public sale of the mortgaged property was adjudicated to B.L. Investments, and that the defendants and/or present occupants are still occupying the property and have refused to surrender the same to the plaintiff,

**NOW THEREFORE**, the Court hereby **ORDERS** the United States Marshal for this District to proceed forthwith and to evict the defendants and/or present occupants from the property referred to in said judgment and described herein as further provided:

    PARCELA I: RUSTICA: Predio de terreno ubicado en la finca principal propiedad de don José Alberto Díaz Llavona, sita en el Barrio Galateo de la Municipalidad de Toa Alta, Puerto Rico, con una cabida superficial de SEISCIENTOS VEINTISEIS PUNTO DOSCIENTOS OCHENTITRES metros cuadrados (626.283 mc) en lindes por el NORTE, con la Administración de Tierras; por el SUR, con camino público conducente a la Carretera Estatal Número Ochocientos cuatro (804) por el ESTE, con el remanente de la finca y por el OESTE, con la Parcela "H".

Plaintiff's mortgage is recorded at page 216rs, volume 244, or Toa Alta, property number 11856, 3rd Inscription at the Registry of the Property of Bayamón III, Puerto Rico.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of February, 2000.

                                               SALVADOR E. CASELLAS
                                               United States District Judge